■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD JOHNSON, Respondent, v. J. EDWIN LA VALLEE, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order unanimously reversed and writ dismissed. Memorandum: We find there was sufficient compliance with section 335-b of the Code of Criminal Procedure. (Appeal by People from order of Cayuga County Court, sustaining writ of habeas corpus and ordering the return of relator to Kings County for further proceedings.) Present — Williams, P. J., Bastow, Henry and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM GEORGE FREID, Appellant.— Order unanimously reversed and matter remitted to Ontario County Court for further proceedings in accordance with the Memorandum. Memorandum: Appellant when 19 years old in 1946 entered a plea of guilty without the aid of counsel to an indictment charging a serious felony. Shortly before he had been released from a State institution for mental defectives. Again in 1956 he entered a plea of guilty without an attorney to an indictment charging burglary, second degree, and as a second offender received a long prison sentence. The record before us contains excerpts from reports of mental examinations made in various State mental institutions and a prison. Upon these applications for coram nobis relief hearings should have been held. (Cf. People v. Drake, 15 N Y 2d 626; People v. Davis, 23 A D 2d 963.) Inasmuch as the sentencing and present County Judge might be a witness thereat, the hearings should be held before another Judge. (Appeal from order of Ontario County Court, denying, without a hearing, motion to vacate a judgment of conviction for sodomy rendered October 18, 1946 and motion to vacate judgment of conviction for violation of probation rendered January 7, 1947.) Present — Williams, P. J., Bastow, Henry and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM GEORGE FREID, Appellant.— Same decision as in case of People v. Freid (24 A D 2d 537), decided herewith. (Appeal from order of Ontario County Court denying, without a hearing, motion to vacate a judgment of conviction for burglary, second degree rendered October 30, 1956 and a judgment of resentence rendered October 16, 1959.) Present — Williams, P. J., Bastow, Henry and Del Vecchio, JJ.